UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
AL L. GRIMES,

                Plaintiff,

    -against-

NEW YORK STATE POLICE DEPARTMENT,
ET AL.,

               Defendants.
----------------------------------------------------------X

ORDER
13-CV-3418 (SJF)

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★ JUN 2 6 2013 ★

LONG ISLAND OFFICE

FEUERSTEIN, District Judge:

    The Court's records reflect that the complaint in this action was filed on June 14, 2013.

Rule 4(m) of the Federal Rules of Civil Procedure provides:

> If a defendant is not served within 120 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

    Accordingly, if service is not made upon defendants by **October 15, 2013**, or plaintiff fails to show good cause why such service has not been effected, this action will be dismissed without prejudice. **Plaintiff is to provide a copy of this Order to the defendants along with the summons and complaint.**

    Plaintiff is required to advise the Clerk of Court of any change of address. Failure to keep the Court informed of plaintiff's current address means the Court will not know where to contact plaintiff and may result in dismissal of the case.

    SO ORDERED.

                                                        s/ Sandra J. Feuerstein
                                                        SANDRA J. FEUERSTEIN
                                                        United States District Judge

Dated:    June 26, 2013
             Central Islip, New York